MICHAEL MEADE, an Infant, by WINNIE MEADE, His Guardian ad Litem, Respondent, *v.* MOTOR HAULAGE Co., INC., Appellant, Impleaded with Another.

*Negligence — injury from collision between two trucks — responsibility for accident as between general employer of negligent chauffeur and hirer of truck in whose business it was being employed at time of accident.*

*Meade* v. *Motor Haulage Co., Inc.,* 197 App. Div. 930, affirmed. (Argued January 18, 1922; decided March 7, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while riding on a truck belonging to defendant Burns Bros. was injured by reason of a truck owned by defendant, appellant, running into the rear of the truck on which he was riding. The question was as to the responsibility, as between the two defendants, for the operation of the truck which struck the

plaintiff. It was undisputed that the truck on which he was riding belonged to the defendant Burns Bros., dealers in coal, and was being driven by one of Burns Bros.' own drivers. It was also undisputed that the truck which struck the infant plaintiff belonged to the appellant, Motor Haulage Co., Inc., and that the chauffeur was in the general employ of the appellant, Motor Haulage Co., Inc., and that at the time of the accident the truck and chauffeur were rented to Burns Bros. for use in delivering coal and were returning to Burns Bros.' yard after making such a delivery.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellant.

*Moses Feltenstein* and *Joseph Jeromer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: HOGAN, J.